UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>-against-<br><br>RAYMOND EBANKS, et al.,<br><br>       Defendants. | 22-CV-7618 (JGLC)<br><br>**ORDER OF DISMISSAL** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court having been advised at ECF Nos. 39 and 45 that the action is voluntarily dismissed without prejudice, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs. Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: September 21, 2023
    New York, New York

                   SO ORDERED.

                   *Jessica Clarke*
                   JESSICA G. L. CLARKE
                   United States District Judge